# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- | ) |
| | ) |
| CGI Federal, Inc. | ) ASBCA Nos. 61373, 61374 |
| | ) |
| Under Contract No. N00178-04-D-4128 *et al.* | ) |

APPEARANCES FOR THE APPELLANT:    Karen L. Manos, Esq.
Lindsay M. Paulin, Esq.
  Gibson Dunn & Crutcher, LLP
  Washington, DC

APPEARANCES FOR THE GOVERNMENT:    E. Michael Chiaparas, Esq.
  DCMA Chief Trial Attorney
Robert L. Duecaster, Esq.
Michael T. Patterson, Esq.
  Trial Attorneys
  Defense Contract Management Agency
  Chantilly, VA

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: 26 January 2018

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 61373, 61374, Appeals of CGI Federal, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals